# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SAMUEL OWOJORI INDIVIDUALLY AND ON BEHALF OF JEREMIAH OLADIMEJI OWOJORI AND PRINCE OWOJORI (DECEASED)<br><br>    Plaintiff,<br>V.<br><br>GMH HOUSING, LLC AND<br>XYZ INSURANCE COMPANY<br>    Defendant. | CIVIL ACTION<br><br>Case No.:<br><br>JUDGE:<br><br>MAGISTRATE: |

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
## COMPLAINT FOR WRONGFUL DEATH
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Plaintiff complains of Defendants and for causes of action alleges:

### I.  PARTIES AND JURISDICTION

1.

Plaintiff SAMUEL OWOJORI, (Rtd. W.O) (hereinafter Plaintiff) Citizen of the Federal Republic of Nigeria and a resident of Lagos, which is located in the Lagos State, Nigeria.

2.

Plaintiff is the Father of Jeremiah O. Owojori, deceased and grandfather of Prince Owojori (deceased).

3.

Defendant GMH HOUSING, LLC (hereinafter GMH), is a domestic, Louisiana corporation with its principal place of business in West Monroe, Louisiana.

4.

Defendant XYZ INSURANCE COMPANY (hereinafter XYZ Insurance), whose status and domicile is unknown to petitioner at this time, provided a policy of liability insurance to defendants covering the damages.

5.

All defendants currently unknown to Complainant.

6.

Gary M. Howell, individually and as the sole member of GMH Housing. LLC.

## 2. JURISDICTION

7.

All events giving rise to the causes of action that are the subject of this litigation took place at 201 Coleman Avenue, West Monroe, Louisiana, Ouachita Parish.

8.

Plaintiff institutes these proceedings under Louisiana Civil Code Article 2315 et seq., 2322 et seq. and invokes the jurisdiction of this Court under and by virtue of 28 U.S.C. § 1343 and 28 U.S.C. § 1367 to obtain the costs of suit, including reasonable attorney fees, and damages suffered by plaintiff for the Wrongful Death of his son Jeremiah O. Owojori and grandchild, Prince Owojori.

9.

This Court also has jurisdiction of this action under 28 U.S.C. § 1332, in that there is Diversity of Citizenship.

## II.     FACTS COMMON TO ALL CAUSES OF ACTION

10.

Defendant, GMH Housing Inc. is the owner of the property located at 201 Coleman Avenue, West Monroe, Louisiana

11.

On or about January 24, 2016, pursuant to a lease agreement, Jeremiah O. Owojori, his son Prince Owojori and his wife Ashley Owojori were residing in the house located at 201 Coleman Avenue, West Monroe, Louisiana.

12.

On or about January 24, 2016, while the family was asleep, an unintentional fire stared in the attic which has been determined to be caused by a defect in the electrical branch circuit in the attic.

13.

The fire then spread through the house exhuming toxic fume which was inhaled by decedents causing them to become unconscious.

14.

Jeremiah Owojori and Prince Owojori remained unconscious and in a ventilator until their final demise a couple of weeks later.

15.

Upon information and belief, defendant was or should have been aware of the faulty electrical wiring in the structure but failed to repair it or warn the deceased about it.

16.

Upon information and belief, defendant GMH was made aware through its representative Gary M. Howell of possible electrical problems in the property located at 201 Coleman Avenue, West Monroe, Louisiana.

17.

Defendant Gary Howell was primarily responsible for the maintenance and upkeep of the property.

18.

Upon information and belief defendants acts were covered by a general liability insurance policy, issued by an insurance company currently unknown to petitioner, which policy was then in full force and effect by virtue of the payment of premiums and otherwise.

19.

Petitioner further allege on information and belief that under the terms of said policy, the insurance policy is obligated itself to pay any and all damages caused to others as a result of the negligence of defendants, were covered by said policy at the time of said incident.

### IV. **FIRST CAUSE OF ACTION**

WRONGFUL DEATH
SURVIVAL ACTION
(Alleged against all Defendants)

20.

Plaintiff incorporates by reference all paragraphs above as though fully set forth herein.

21.

GMH failed to properly maintain its property located at 201 Coleman Avenue, West Monroe, Louisiana.

22.

GMH knew or should have known that there was a defect in the electrical wiring and failed to remedy it.

23.

GMH knew or should have known that there was a defect in the original construction of the electrical wiring and failed to remedy it.

24.

Gary Howell failed to follow the standard practice of reporting and correcting addressing complaints about properties owned by GMH Housing LLC.

## V.  SECOND CAUSE OF ACTION
NEGLIGENCE
(Alleged against all Defendants)

25.

Plaintiff incorporates by reference all above paragraphs as though fully set forth herein.

26.

GMH is answerable to the damage occasioned by neglect to repair the electrical wiring in its property located at 201 Coleman Avenue, West Monroe.

27.

Upon information and belief, the vice or defect in the wiring which caused the fire was in the original construction of the property located at 201 Coleman Avenue, West Monroe.

28.

Upon information and belief, defendant, in the exercise of reasonable care, should have known, of the vice or defect which caused the damage, which damage could have been prevented by the exercise of reasonable care.  They failed to exercise such reasonable care.

## VI. **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays judgment against DEFENDANTS as follows:

1. For compensatory damages, in the sum of $50,000,000.00 (Fifty million Dollars)

2. For punitive damages, as to each of the Defendants, in an amount determined to be appropriate by the court;

3. For exemplary damages as to each of the Defendants, in an amount determined to be appropriate by the court;

4. For reasonable statutory attorney's fees according to proof;

5. For costs of suit; and

6. For such other and further relief as the court may deem proper.


RESPECTFULLY SUBMITTED:
SMITH & NWOKORIE, LLC
Attorneys at Law
300 Washington Street, Suite 311
Monroe, La. 71210
Email:  acelawya@hotmail.com

By:  /s/   *Anselm Nwokorie*            .
         ANSELM N. NWOKORIE (23541)
         BRIAN G. SMITH (25875)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SAMUEL OWOJORI INDIVIDUALLY ) | | CIVIL ACTION |
| AND ON BEHALF OF JEREMIAH ) | | |
| OLADIMEJI OWOJORI AND ) | | |
| PRINCE OWOJORI (DECEASED) ) | | Case No.: |
| Plaintiff, ) | | |
| ) | | JUDGE: |
| V. ) | | |
| ) | | MAGISTRATE: |
| GMH HOUSING, LLC AND ) | | |
| XYZ INSURANCE COMPANY ) | | |
| Defendants. ) | | |

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

V E R I F I C A T I O N

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

BEFORE ME, the undersigned authority, personally came and appeared: SAMUEL OWOJORI who, after being first duly sworn, did depose and say: That she is the Petitioner in the above and foregoing Complaint; and that all of the allegations therein contained are true and correct to the best of her knowledge, information and belief

/s/ Samuel Owojori           .
SAMUEL OWOJORI


SWORN TO AND SUBSCRIBED before me this __1__ day of __June___ 2016

/s/ Anselm Nwokorie           .
NOTARY PUBLIC